UNITED STATES DISTRICT COURT

DISTRICT OF VERMONT
P.O. BOX 836
BURLINGTON, VERMONT 05402-0836
802-951-6308

U.S. DISTRICT COURT
DISTRICT OF VERMONT
FILED

2025 JAN 24 AM 10: 10

CLERK
Kevin_Doyle@vtd.uscourts.gov
DEPUTY CLERK

Chambers of
KEVIN J. DOYLE
U.S. Magistrate Judge

2:25-mc-11

January 24, 2025

Michael L. Desautels, Federal Public Defender
95 Pine Street, Suite 150
Burlington, VT  05401

Re: Request to appoint Federal Public Defender Office and for a presentment without unnecessary delay

Dear Mike:

Thank you for your January 23, 2025 letter requesting that the court appoint the Office of the Federal Public Defender to represent "a person deemed to be a suspect" and "in custody" related to the death of a U.S. Border Patrol Agent. The request for appointment states that "[i]t appears likely that this person will be charged with a crime in the United States District Court for the District of Vermont" and the person "might be subject to interrogation by law enforcement officers."

I am denying the request at this time without prejudice because the information in the letter is insufficient to determine whether the person is eligible to receive appointed counsel; and the court may not appoint counsel pre-emptively on the ground that a person might be subject to interrogation by law enforcement.

Based on the privacy and safety concerns the letter raises, I am granting the request that your letter remain under seal at this time.

As you know, should the matter you reference become a case in this court, I am obligated to disclose to government counsel your letter to the court, as well as this response. In the interim, we will docket both as sealed communications in the miscellaneous docket which will be unsealed as soon as possible after the need for confidentiality ends.

Sincerely,

Kevin J. Doyle
U.S. Magistrate Judge